**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>DAVID FLINT RICHARD<br>DEFENDANT(S). | CASE NUMBER<br>2:26-MJ-04027-DUTY |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of Defendant, IT IS ORDERED that a detention hearing is set for Monday, July 13, 2026, at 1:00 ☐a.m. / ☒p.m. before the Honorable Stephanie S. Christensen, in Courtroom 790.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ______________________ and produced for the hearing.
*(Other custodial officer)*

Dated: July 9, 2026

[signature]
U.S. District Judge/Magistrate Judge
Hon. Stephanie S. Christensen